**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

KYENNA McCONICO and KENNETHA
BARNES, as Independent Co-Administrators
of the Estate of ISAAC GOODLOW III,
Deceased,

               Plaintiffs,

      v.

VILLAGE OF CAROL STREAM, a municipal
corporation, SERGEANT STEVEN CADLE (#29),
OFFICER DANIEL PFINGSTON (#567),
OFFICER MOLLY McGOVERN (#558),
OFFICER NICHOLAS JANETIS (#566),
OFFICER DANIEL KOELLER (#570), and
OFFICER AUSTIN MARQUARDT (#572),

               Defendants.

24 CV 1654

Hon. John F. Kness

Magistrate Heather K. McShain

**STIPULATION OF VOLUNTARY DISMISSAL
OF DEFENDANT VILLAGE OF CAROL STREAM**

       Plaintiffs, Kyenna McConico and Kennetha Barnes, as Independent Co-Administrators to Collect for the Estate of Isaac Goodlow III, deceased, in support of this voluntary dismissal state as follows:

       1.     Plaintiffs and Defendant Village of Carol Stream have reached a settlement in this matter.

       2.     As part of the settlement, Plaintiffs agree to voluntarily dismiss Defendant Village of Carol Stream, a municipal corporation, without prejudice and without costs and attorney's fees, where the dismissal without prejudice shall automatically convert to a dismissal with prejudice following the Village's compliance with payment terms, and in 45 days – by March 26, 2026 – unless a motion for reinstatement is filed before that date.

February 9, 2026           Respectfully submitted:

                                **Attorneys for Plaintiffs Kyenna McConico and Kennetha
                                Barnes, as Independent Co-Administrators to Collect of
                                the Estate of Isaac Goodlow III**

/s/ Andrew M. Stroth

Andrew M. Stroth
Action Injury Law Group, LLC
1 South Dearborn, Suite 1400
Chicago, IL 60603
(844) 878-4529
ARDC#
astroth@actioninjurylawgroup.com


/s/ Steven A. Hart

Steven A. Hart
Hart McLaughlin & Eldridge, LLC
1 South Dearborn, Suite 1400
Chicago, IL 60603
(312) 955-0545
ARDC #
shart@hmelegal.com

## CERTIFICATE OF SERVICE

The undersign certifies that on February 13 2026, I submitted this Stipulation of Voluntary Dismissal of Defendant Village of Carol Stream, through the Electronic Filing System which will provide copies to all parties through their attorneys of record.

*/s/ Julie A. Murphy*


**Attorneys for Village of Carol Stream**
James G. Sotos
Joseph M. Polick
Jeffrey R. Kivetz
George J. Yamin Jr.
Claudia C. Fantauzzo
**THE SOTOS LAW FIRM, P.C.**
141 W. Jackson Blvd. – Suite 1240A
Chicago, Illinois 60604
jpolick@jsotoslaw.com
cfantauzzo@jsotoslaw.com
jkivetz@jsotoslaw.com
gyamin@jsotoslaw.com
jsotos@jsotoslaw.com
lmuhr@jsotoslaw.com
elindsley@jsotoslaw.com
tballard@jsotoslaw.com
ksalek@jsotoslaw.com
rhess@jsotoslaw.com
-
-
**Attorneys for Officer Austin Marquardt #572; Officer Daniel Koeller #570; Officer Nicholas Janetis #566; Officer Molly McGovern #558; Officer Daniel Pfingston #567**
Martin W. McManaman
Collin M. Smith
Eileen Rosen
Theresa Carney
Andrew Grill
Sabrina A. Scardamaglia
**ROCK, FUSCO & CONNELLY, LLC**
333 W. Wacker Drive – 19th Floor
Chicago, Illinois 60606
(312) 970-3446 (Rosen)
(312) 970-3472 (Carney)
(312) 494-1000
erosen@rfclaw.com
tcarney@rfclaw.com

agrill@rfclaw.com
sscardamaglia@rfclaw.com
khutson@rfclaw.com
mmcmanaman@rfclaw.com
csmith@rfclaw.com
tmiller@rfclaw.com

**Attorneys for Sergeant Steven Cadle (#29)**
Alison M. Harrington
Lori A. Vanderlaan
Allie M. Burnet
Scott B. Dolezal
**BEST, VANDERLAAN & HARRINGTON**
200 N. LaSalle St., Suite 2600
Chicago, IL 60601
aharrington@bestfirm.com
lvanderlaan@bestfirm.com
aburnet@bestfirm.com
sdolezal@bestfirm.com