IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KYENNA McCONICO and KENNETHA BARNES, as Independent Co-Administrators of the Estate of ISAAC GOODLOW III, Deceased,<br><br>              Plaintiffs,<br><br>    v.<br><br>VILLAGE OF CAROL STREAM, a municipal corporation, SERGEANT STEVEN CADLE (#29), OFFICER DANIEL PFINGSTON (#567), OFFICER MOLLY McGOVERN (#558), OFFICER NICHOLAS JANETIS (#566), OFFICER DANIEL KOELLER (#570), and OFFICER AUSTIN MARQUARDT (#572),<br><br>              Defendants. | 24 CV 1654<br><br>Hon. John F. Kness<br><br>Magistrate Heather K. McShain |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF INDIVIDUAL DEFENDANTS SERGEANT STEVEN CADLE (#29), OFFICER DANIEL PFINGSTON (#567), OFFICER MOLLY MCGOVERN (#558), OFFICER NICHOLAS JANETIS (#566), OFFICER DANIEL KOELLER (#570), OFFICER AUSTIN MARQUARDT (#572)

       Plaintiffs, Kyenna McConico and Kennetha Barnes, as Independent Co-Administrators to Collect for the Estate of Isaac Goodlow III, deceased and hereby stipulate and agree to the voluntarily dismissal of Defendants, Steven Cadle, Daniel Pfingston, Molly McGovern, Nicholas Janetis, Daniel Koeller, and Austin Marquardt, with prejudice, and with each party to bear its own costs.

**Attorneys for Plaintiffs Kyenna McConico and Kennetha Barnes, as Independent Co-Administrators to Collect of the Estate of Isaac Goodlow III**

| | |
|---|---|
| */s/ Andrew M. Stroth* | */s/ Steven A. Hart* |
| Andrew M. Stroth | Steven A. Hart |
| Action Injury Law Group, LLC | Hart McLaughlin & Eldridge, LLC |
| 1 South Dearborn, Suite 1400 | 1 South Dearborn, Suite 1400 |
| Chicago, IL 60603 | Chicago, IL 60603 |
| (844) 878-4529 | (312) 955-0545 |
| astroth@actioninjurylawgroup.com | shart@hmelegal.com |

## CERTIFICATE OF SERVICE

       The undersign certifies that on February 13 2026, I submitted this Stipulation of Voluntary Dismissal with Prejudice of Individual Defendants Sergeant Steven Cadle (#29), Officer Daniel Pfingston (#567), Officer Molly Mcg\Govern (#558), Officer Nicholas Janetis (#566), Officer Daniel Koeller (#570), Officer Austin Marquardt (#572), through the Electronic Filing System which will provide copies to all parties through their attorneys of record.

                                                                        */s/ Julie A. Murphy*

**Attorneys for Village of Carol Stream**
James G. Sotos
Joseph M. Polick
Jeffrey R. Kivetz
George J. Yamin Jr.
Claudia C. Fantauzzo
**THE SOTOS LAW FIRM, P.C.**
141 W. Jackson Blvd. – Suite 1240A
Chicago, Illinois 60604
jpolick@jsotoslaw.com
cfantauzzo@jsotoslaw.com
jkivetz@jsotoslaw.com
gyamin@jsotoslaw.com
jsotos@jsotoslaw.com
lmuhr@jsotoslaw.com
elindsley@jsotoslaw.com
tballard@jsotoslaw.com
ksalek@jsotoslaw.com
rhess@jsotoslaw.com


**Attorneys for Officer Austin Marquardt #572; Officer Daniel Koeller #570; Officer Nicholas Janetis #566; Officer Molly McGovern #558; Officer Daniel Pfingston #567**
Martin W. McManaman
Collin M. Smith
Eileen Rosen
Theresa Carney
Andrew Grill
Sabrina A. Scardamaglia
**ROCK, FUSCO & CONNELLY, LLC**
333 W. Wacker Drive – 19th Floor
Chicago, Illinois 60606
(312) 970-3446 (Rosen)
(312) 970-3472 (Carney)
(312) 494-1000

1

erosen@rfclaw.com
tcarney@rfclaw.com
agrill@rfclaw.com
sscardamaglia@rfclaw.com
khutson@rfclaw.com
mmcmanaman@rfclaw.com
csmith@rfclaw.com
tmiller@rfclaw.com

**Attorneys for Sergeant Steven Cadle (#29)**
Alison M. Harrington
Lori A. Vanderlaan
Allie M. Burnet
Scott B. Dolezal
**BEST, VANDERLAAN & HARRINGTON**
200 N. LaSalle St., Suite 2600
Chicago, IL 60601
aharrington@bestfirm.com
lvanderlaan@bestfirm.com
aburnet@bestfirm.com
sdolezal@bestfirm.com