# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Kyenna McConico, et al.

                      Plaintiff,

v.                                                                    Case No.: 1:24−cv−01654

                                                                        Honorable John F. Kness

Village of Carol Stream, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 17, 2026:

      MINUTE entry before the Honorable John F. Kness: On 2/13/2026, the parties filed separate executed stipulations of voluntary dismissal. (Dkt. 237, 238.) Accordingly, the case is dismissed by operation of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. See Nelson v. Napolitano, 657 F.3d 586, 587 (7th Cir. 2011) (Rule 41(a)(1)(A) notice of dismissal "is self−executing and effective without further action from the court"). Consistent with the stipulations, this dismissal is with prejudice as to the individual Defendants. As to Defendant Village of Carol Stream, this dismissal is without prejudice and with leave to reinstate on or before 3/26/2026. In the event a motion to reinstate is not filed on or before that date, the case shall be deemed, without further order of the Court, to be dismissed with prejudice. Each party is to bear its own fees and costs. The hearing set for 2/24/2026 is stricken. I commend the parties and counsel for their settlement efforts, and I thank Judge McShain for presiding over the case on referral. Civil case terminated. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.