## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Kyenna McConico, et al.
                                    Plaintiff,

v.                                                          Case No.: 1:24−cv−01654
                                                            Honorable John F. Kness

Village of Carol Stream, et al.
                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, February 27, 2026:

     MINUTE entry before the Honorable Heather K. McShain: The District Court having terminated this case [239], the referral in this case is hereby closed. Mailed notice. (pk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.